**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSHAWA WEBB, ET AL.,** | ) | **CASE NO.1:07CV3290** |
| | ) | |
| Plaintiffs, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA, ET AL.,** | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

## CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Defendants' Joint Motion for Establishment of a Briefing Schedule for Submission of Summary Judgment Motions Directed to the Issue of Qualified Immunity and for a Stay of Discovery Pending Resolution of Such Motions (ECF #57). The Court finds that the need for a briefing schedule is moot since the parties have filed and fully briefed the qualified immunity issues. The Court will grant the motion to stay the discovery but will consider the need for discovery as argued in Plaintiffs' response to Defendants' motions for summary judgment based on qualified immunity.

IT IS SO ORDERED.

     S/Christopher A. Boyko
     CHRISTOPHER A. BOYKO
     United States District Judge

September 11, 2009